```
                   UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF VERMONT
```

MICHAEL J. LEWIS,                       :
              Plaintiff,        :
                          :
     v.                                 : Docket No.
                            : 2:23-CV-138-wks-kjd
                          :
MICHAEL LYON,                           :
MICHAELA MERRILL, and                   :
CHANTEL WOOD,                           :
              Defendants.       :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed February 28, 2024.  Plaintiff's objections were filed March 11, 2024.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

IT IS HEREBY ORDERED that Plaintiff's motion entitled "Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Confiscation of Legal Pleadings, Documentation Marked as Evidence, and Affidavits of Witnesses" (Doc. 32) is **DENIED**.

Dated at Burlington, in the District of Vermont, this 13th day of March, 2024.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge